FILED
2007 Feb-27  PM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AUGUSTUS LUNDY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:07-cv-0124-UWC** |
| **VIRGINIA VINSON,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

In this action, Plaintiff Augustus Lundy seeks monetary relief against Defendant Virginia Vinson, a judge of the Tenth Judicial Circuit of the State of Alabama.

This action will not lie, for Judge Vinson is judicially immune to liability for the alleged conduct complained of by the Plaintiff, and her immunity is absolute.[1] *See, Bradley v. Fisher,* 80 U.S. 335, 347 (1872); *Mirles v. Waco,* 502 U.S. 9 (1991); *Dykes v. Hosemann*, 776 F. 2d 942 (11th Cir.1985); *Sibley v. Lando*, 437 F.3d 1067 (11th Cir.2005).

Because on its face, this action is barred, it will be dismissed by separate order

---

[1] Plaintiff claims that Judge Vinson violated the Canons of Judicial Ethics, in that during his trial, she displayed racial bias against him and violated his rights under the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

and on the Court's own motion.

_____
U.W. Clemon
United States District Judge